# EXHIBIT B

**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2018-0353, <u>State of New Hampshire v. Melissa Ramos</u>, the court on March 15, 2019, issued the following order:**

Having considered the brief, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendant, Melissa Ramos, appeals an order of the Superior Court (<u>Ignatius</u>, J.) determining the amount of restitution she owes. <u>See</u> RSA 651:63 (Supp. 2018). She contends that the trial court erred in valuing a certain piece of stolen property.

As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,**
**Clerk**