# EXHIBIT H

**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

In Case No. 2018-0483, <u>Christina DePamphilis v. Paul Maravelias</u>, the court on February 21, 2019, issued the following order:

Supreme Court Rule 22(2) provides that a party filing a motion for rehearing or reconsideration shall state with particularity the points of law or fact that he claims the court has overlooked or misapprehended.

We have reviewed the claims made in the motion for reconsideration and conclude that no points of law or fact were overlooked or misapprehended in our decision. Accordingly, upon reconsideration, we affirm our January 16, 2019 decision and deny the relief requested in the motion.

<u>Relief requested in motion for reconsideration denied</u>.

Lynn, C.J., and Hicks, Bassett, and Hantz Marconi, JJ., concurred.

**Eileen Fox,
Clerk**

Distribution:
10th N.H. Circuit Court - Derry District Division, 473-2016-CV-00124
Honorable John J. Coughlin
√Mr. Paul Maravelias
Simon R. Brown, Esq.
Attorney General
Allison Cook, Supreme Court
File