# EXHIBIT K

# PretiFlaherty

Portland, ME
Augusta, ME
Concord, NH
Boston, MA
Washington, DC

Simon R. Brown
sbrown@preti.com
Direct Dial: 603.410.1555

*Via Hand Delivery*

March 4, 2019

Eileen Fox, Clerk
NH Supreme Court
One Charles Doe Drive
Concord, NH 03301

    RE:    **Paul Maravelias v. David DePamphilis**
             Case No. 2018-0376

Dear Clerk Fox:

    Enclosed please find an original and seven (7) copies of Appellee's Itemization of Attorney's Fees and related Affidavit, for filing in the above-referenced case.

    Thank you for your attention to this matter.

                                                  Sincerely,

                                                  Simon R. Brown

SRB/tew
Enclosures

cc:    Paul Maravelias, *pro se*

Preti Flaherty
Beliveau & Pachios PLLP
Attorneys at Law

Shipping Address Only - No Mail Delivery: 57 North Main Street, Concord, NH 03301
Mailing Address: PO Box 1318, Concord, NH 03302-1318 | Tel 603.410.1500 | www.preti.com

13902556.1

# EXHIBIT K

THE STATE OF NEW HAMPSHIRE
SUPREME COURT

CASE #2018-0376

PAUL MARAVELIAS

V.

DAVID DEPAMPHILIS

## AFFIDAVIT OF ATTORNEY'S FEES

I, Simon R. Brown, being duly sworn, state as follows:

1. I am over 18 years of age and am competent to testify to the matters addressed in this affidavit.

2. This affidavit is based on my personal knowledge.

3. I am an attorney with the law firm of Preti, Flaherty, Beliveau & Pachios, PLLP, which represents the Appellee, David DePamphilis, in the above-captioned matter.

4. In light of the significant costs already incurred by Mr. DePamphilis in defending against Appellant's underlying stalking petition, I agreed to represent him in the instant appeal for a reduced, flat fee of $4,000.00. My time entries, not including multiple hours that I cut, totaled 40 hours. Billed at $100.00 per hour, those fees total $4,000.00.

# EXHIBIT K

5. Appellant's filing of additional objectionable pleadings required responses that were not contemplated within the scope of the flat fee arrangement. Accordingly, undersigned counsel billed Mr. DePamphilis at the rate of $225.00 per hour in connection with preparing Appellee's Request for Taxation of Costs and the Award of Attorney's Fees.

6. Appellee incurred legal fees in the amount of $4,900.00 through December 28, 2018, for 43.0 hours of billed time spent in the defense of this appeal, which is itemized in the Summary attached as **Exhibit A** (which summary was prepared using the firm's billing system; it reflects the time entries that were contemporaneously recorded).

# EXHIBIT K

FURTHER AFFIANT SAITH NOT.

Dated: March 04, 2019

_____
Simon R. Brown

State of New Hampshire
County of Merrimack

Before me on this 4th day of March 2019 personally appeared the above-subscribed Simon R. Brown, and made oath that the statements contained are true and correct to the best of his knowledge, information and belief.

_____
Notary Public/Justice of the Peace
My Commission Expires: _____

Tammy Worthen, Notary Public
My Commission Expires May 8, 2019

3

13887367.1

## PAUL MARAVELIAS V. DAVID DEPAMPHILIS APPEAL
### Summary/Itemization of Appellee's Supreme Court Attorney's Fees
### Case No. 2018-0376

### TIME REPORT

| Date | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|
| 07/05/2018 | 0.80 | 80.00 | 100.00 | Communications with client re: Mr. Maravelias' NOA concerning attorney's fees ruling; Conduct research of rules concerning Mandatory Appeals and related issues. |
| 08/07/2018 | 0.40 | 40.00 | 100.00 | Work on objection to Mr. Maravelias' Motion to Add Questions; Telephone call with client re: same. |
| 08/08/2018 | 0.50 | 50.00 | 100.00 | Further work on objection to Mr. Maravelias' Motion to Add Questions. |
| 08/10/2018 | 0.20 | 20.00 | 100.00 | Draft final revisions to Objection to Motion to Add Questions. |
| 08/22/2018 | 1.00 | 100.00 | 100.00 | Review NOA and Supreme Court's Orders concerning same; Email client and conduct telephone conference. |
| 09/14/2018 | 1.40 | 140.00 | 100.00 | Begin review of Mr. Maravelias' Brief received today. |
| 09/18/2018 | 1.00 | 100.00 | 100.00 | Work on outline for our Brief. |
| 09/20/2018 | 5.00 | 500.00 | 100.00 | Extensive review of record and Mr. Maravelias' Brief in preparation for drafting our Brief. |
| 09/21/2018 | 0.20 | 20.00 | 100.00 | Telephone call with client re: appeal-related issues. |
| 09/26/2018 | 1.00 | 100.00 | 100.00 | Further work on Supreme Court Brief (primarily Statement of Facts). |
| 09/27/2018 | 3.20 | 320.00 | 100.00 | Further work on Supreme Court Brief (primarily Statement of Facts). |
| 09/29/2018 | 7.00 | 700.00 | 100.00 | Work on Brief (research and Argument sections) |
| 09/30/2018 | 7.00 | 700.00 | 100.00 | Further work on brief (Argument sections) |
| 10/01/2018 | 2.00 | 200.00 | 100.00 | Work on brief (Argument sections) |
| 10/02/2018 | 3.00 | 300.00 | 100.00 | Work on, finalize, and file Brief. |
| 10/11/2018 | 1.50 | 150.00 | 100.00 | Review Mr. Maravelias' Reply Brief and Motion to Strike; Review Supreme Court rules relating to the Motion to Strike; Begin drafting Objection to Motion to Strike. |
| 10/12/2018 | 1.00 | 100.00 | 100.00 | Work on our Motion to Strike portions of Mr. Maravelias' Reply Brief; Draft and send email to client re: Maravelias' Reply to Motion to Strike; Subsequent communications re: same. |

EXHIBIT K

13890715.2

| Date | Hours | Amount | Rate | Description |
|---|---|---|---|---|
| 10/15/2018 | 0.30 | 30.00 | 100.00 | Communications with client re: our response to Mr. Maravelias' Reply Brief. |
| 10/16/2018 | 1.00 | 100.00 | 100.00 | Further draft and revise Motion to Strike portions of Mr. Maravelias' Reply Brief. |
| 10/18/2018 | 1.00 | 100.00 | 100.00 | More work on the two pleadings (Objection to Motion to Strike and our Motion to Strike) to be filed in Supreme Court. |
| 10/19/2018 | 0.50 | 50.00 | 100.00 | Draft final revisions to the two pleadings and file same. |
| 11/02/2018 | 0.40 | 40.00 | 100.00 | Telephone call with client re: appeal-related issues. |
| 12/03/2018 | 0.60 | 60.00 | 100.00 | Review Supreme Court's order denying Mr. Maravelias' appeal; communications with client re: same. |
| 12/27/2018 | 3.50 | 787.50 | 225.00 | Legal research re: award of attorney's fees in Supreme Court; draft and revise Request for Taxation of Costs and the Award of Attorney's Fees. |
| 12/28/2018 | .50 | 112.50 | 225.00 | Finalize and file Request for Taxation of Costs and the Award of Attorney's Fees. |
| | | | | |
| **Billed Hours** | 40.00 | $4000.00 | 100.00 | |
| **Billed Hours** | 4.0 | $900.00 | 225.00 | |
| **Total Billed Hours** | 44.0 | $4,900.00 | | |

**EXHIBIT K**

13890715.2