# EXHIBIT L

## THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

### In Case No. 2018-0376, Paul Maravelias v. David DePamphilis, the court on March 29, 2019, issued the following order:

After review, the plaintiff's motion for reconsideration of the February 21, 2019 order concerning attorney's fees is denied. The defendant is hereby awarded attorney's fees pursuant to Rule 23 in the amount of $4,900.

Lynn, C.J., and Hicks, Bassett, and Hantz Marconi, JJ., concurred.

**Eileen Fox,**
**Clerk**

Distribution:
10th N.H. Circuit Court - Derry District Division, 473-2017-CV-00150
√Mr. Paul Maravelias
Simon R. Brown, Esquire
File