AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 0_ 2019

**FILED**

PAUL MARAVELIAS

_____
Plaintiff(s)

v.

SUPREME COURT OF NEW HAMPSHIRE,
ROBERT J. LYNN

_____
Defendant(s)

Civil Action No. 1:19-cv-487-JL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SUPREME COURT OF NEW HAMPSHIRE
ONE CHARLES DOE DR
CONCORD, NH
03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/6/2019

with ECF Notice attached.

_____, Clerk

By: /s/ Brier Temple, Deputy Clerk
May 06, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-487-JL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Supreme Court of New Hampshire
was received by me on *(date)* 5/6/19.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Eileen Fox, Clerk of Court, who is designated by law to accept service of process on behalf of *(name of organization)* Supreme Court of New Hampshire on *(date)* 5/6/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 5/6/19

*Server's signature*

Deborah Marvarelius
*Printed name and title*

34 Mockingbird Hill Rd, Windham, NH 03087
*Server's address*

Additional information regarding attempted service, etc: