# EXHIBIT B

**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2018-0353, State of New Hampshire v. Melissa Ramos, the court on March 15, 2019, issued the following order:**

Having considered the brief, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. See Sup. Ct. R. 18(1). We affirm.

The defendant, Melissa Ramos, appeals an order of the Superior Court (Ignatius, J.) determining the amount of restitution she owes. See RSA 651:63 (Supp. 2018). She contends that the trial court erred in valuing a certain piece of stolen property.

As the appealing party, the defendant has the burden of demonstrating reversible error. Gallo v. Traina, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error. See id.

Affirmed.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**