# EXHIBIT C

### III. CONCLUSION

8. In this case, Mr. DePamphilis continues to be forced to file pleadings and litigate issues improperly introduced by Mr. Maravelias. For the foregoing reasons, the above-described exhibits and arguments made by Maravelias in his Reply Brief should be stricken and not considered by the Court in this appeal.

WHEREFORE, for the reasons set forth above, Appellee David DePamphilis respectfully requests this Honorable Court:

A. Strike and do not consider the four exhibits described above in Mr. Maravelias' Reply Brief Appendix;

B. Strike and do not consider all argument presented by Mr. Maravelias in his Reply Brief concerning the four exhibits described above;

C. Award Mr. Depamphilis his attorney's fees in connection with having to file the instant motion; and

D. Grant such other relief as may be just and proper.

Respectfully submitted,

DAVID DEPAMPHILIS

By his attorneys,

PRETI, FLAHERTY, BELIVEAU & PACHIOS, PLLP

Dated: October 19, 2018

By: _____
Simon R. Brown, NH Bar #9279
P.O. Box 1318
Concord, NH 03302-1318
(603) 410-1500

4

13490541.1