# EXHIBIT I

## THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2018-0376, <u>Paul Maravelias v. David DePamphilis</u>, the court on February 21, 2019, issued the following order:**

The defendant's request for taxation of costs and the award of attorney's fees is granted. <u>See</u> Rule 23.

Costs are awarded in the amount of $65.45, which the defendant represents to be the cost of reproducing and binding his brief and attached appendix.

On or before March 4, 2019, the defendant shall file an itemization of the attorney's fees that he is seeking.

Lynn, C.J., and Hicks, Bassett, and Hantz Marconi, JJ., concurred.

**Eileen Fox,**
**Clerk**

Distribution:
10th N.H. Circuit Court - Derry District Division, 473-2017-CV-00150
Mr. Paul Maravelias
Simon R. Brown, Esquire
File

# EXHIBIT I

## *State of New Hampshire Supreme Court*

*No. 2018-0376, <u>Paul Maravelias v. David DePamphilis</u>*

*TO THE CLERK OF 10th N.H. Circuit Court - Derry District Division, 473-2017-CV-00150*

     *I hereby certify that the Supreme Court has issued the following order in the above-entitled action:*

| | |
|---|---|
| November 30, 2018 | Affirmed (Lynn, C.J., and Hicks, Bassett, and Hantz Marconi, JJ., concurred.) |

### Costs

| | |
|---|---|
| Reproducing and binding of briefs | $65.45 |
| Total Costs | $65.45 |

**February 21, 2019**         Attest: _____
                                                         Allison R. Cook, Deputy Clerk

Distribution:
10th N.H. Circuit Court - Derry District Division, 473-2017-CV-00150
Mr. Paul Maravelias
Simon R. Brown, Esquire
File