THE STATE OF NEW HAMPSHIRE

SUPREME COURT

NO. 2018-0376

PAUL MARAVELIAS

V.

DAVID DEPAMPHILIS

**<u>APPELLANT'S MOTION TO SET ASIDE JUDGMENT</u>**

Plaintiff-Appellant Paul Maravelias (hereinafter, "Maravelias") respectfully moves this Honorable Court to set aside the $4,900.00 "judgment" in its 3/29/19 Order. In further support, Maravelias states as follows:

1. On 12/28/18, Defendant-Appellee ("DePamphilis") filed a Motion for Taxation of Costs and Rule 23 Award of Attorney's Fees, granted on 2/21/19.

2. The Motion sought Rule 23 fees in connection with DePamphilis's filing two 10/19/18 pleadings responding to two of Maravelias's pleadings DePamphilis felt were "frivolous". <u>See</u> <u>Motion</u>, ¶23.

3. Through charades of duplicity and obscurantism, DePamphilis managed to bait-and-switch this Court to make Maravelias to pay for *this entire*

*appeal*. His 3/4/19 itemization was supposed to enumerate attorney's fees solely in connection with filing the two 10/19/18 pleadings.

4. However, this Court granted DePamphilis's fraudulent itemization and ordered Maravelias to pay DePamphilis's months-long $4,900.00 legal bill as punishment for filing this appeal. See 3/29/19 Order.

**The Court's 3/29/19 Order is Fraudulent and Extortionate**

5. Maravelias repeats and incorporates by reference his 5/6/19 Original Verified Complaint in *Paul Maravelias v. Supreme Court of New Hampshire, et al.*, 1:19-CV-00487-JL (N.H.D. 2019).

6. Maravelias repeats and incorporates by reference RSA 637:5, "Theft by Extortion" and 18 U.S. Code § 875, "Interstate communications".

**The Court Should Grant the Motion to Set Aside Judgment**

7. Having exhausted his Rule 22 Motion for Reconsideration, the instant Motion is the sole available remedy to cure this Court's 3/29/19 Order based upon "mistake, inadvertence, surprise, or excusable neglect" and "fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party". See *Fed. Rules of Civ. Proc*, Rule 60, "Relief from a Judgment or Order", clarifying a common-law remedy available in this Court.

8. For the above reasons, the Court should set aside and reverse its 3/29/19 Order which appropriates criminal fraud and extortion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff-Appellant Paul Maravelias respectfully requests this Honorable Court:

A. Grant this Motion;

B. Set aside and reverse its 3/29/19 Order commanding Maravelias to pay DePamphilis $4,900.00;

C. Hold a Hearing on this matter; and

D. Grant any further relief as shall be deemed just and equitable.

Respectfully submitted,

PAUL J. MARAVELIAS,

*in propria persona*                                                                 Dated: May 6th, 2019

## CERTIFICATE OF SERVICE

I, Paul Maravelias, certify that a copy of the foregoing *Motion to Set Aside Judgment* is being mailed on this day to Simon R. Brown, Esq., counsel for the Defendant-Appellee, David DePamphilis, P.O. Box 1318, Concord, NH, 03302-1318.

May 6th, 2019                                                    _____