# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL MARAVELIAS, ) | Civil No. 1:19-CV-00487(JL) |
| Plaintiff, ) | |
| v. ) | |
| JUSTICES OF THE SUPREME COURT OF ) NEW HAMPSHIRE, ) | |
| GORDON J. MACDONALD ) | |
| Defendants. ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS'
### NOTICE RE SECOND AMENDED COMPLAINT

Paul Maravelias ("Plaintiff") submits the following response to Defendants' 12/30/19 "Notice Re Plaintiff's Second Amended Complaint" (ECF Doc #13).

1. Attorney Nancy J. Smith, counsel for Defendants in the previously filed complaint, filed the aforementioned 12/30/19 Notice arguing that formal differences in the named defendants in Plaintiff's 12/17/19 Second Amended Complaint would necessitate further action on Plaintiff's part before a response to said complaint would be due under the rules of the Court.

2. Attorney Smith emailed undersigned Plaintiff on 12/30/19 welcoming him to discuss service of process once the necessary summonses for each defendant has been obtained.

3. Undersigned Plaintiff has obtained the new summonses today on 12/31/19. *See* ECF Doc #14.

4. Undersigned Plaintiff has responded to Attorney Smith today and is discussing preferred method of service of process according to counsel's invitation in her 12/30/19 email.

1

2

Dated: December 31st, 2019               Respectfully submitted,

                                         PAUL J. MARAVELIAS


                                         /s/ Paul J. Maravelias, *pro se*
                                         **Paul J. Maravelias**
                                         34 Mockingbird Hill Rd
                                         Windham, NH 03087
                                         paul@paulmarv.com
                                         603-475-3305



### CERTIFICATE OF SERVICE

I, Paul Maravelias, certify that a copy of the foregoing was served on this date on all parties using the Court's ECF system.

/s/ Paul J. Maravelias                             Dated: December 31st, 2019
**Paul J. Maravelias**