USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Paul Maravelias | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-487-JL |
| Justices of the Supreme Court, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gordon J. MacDonald                                                                                              .

Date:   03/06/2020

/s/ Samuel R.V. Garland
*Attorney's signature*

Samuel R.V. Garland
*Printed name and bar number*

NH Attorney General's Office
33 Capitol Street, Concord, NH  03301

*Address*

samuel.garland@doj.nh.gov
*E-mail address*

(603) 271-3650
*Telephone number*

(603) 271-2110
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Paul Maravelias

Conventionally Served:

| 03/06/2020 | /s/ Samuel R.V. Garland |
|---|---|
| Date | Signature |