## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
*************************************
Paul Maravelias,                     *
                                     *
           Plaintiff,                *
     v.                              *    Civil No. 19-cv-00487-JL
                                     *
Justices of the New Hampshire        *
Supreme Court et al.                 *
                                     *
           Defendants.               *
                                     *
*************************************
```

## GORDON J. MACDONALD'S MOTION TO DISMISS
## SECOND AMENDED COMPLAINT

Gordon J. MacDonald, both individually and in his official capacity as New Hampshire Attorney General, moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims asserted against him in Paul Maravelias's second amended complaint [ECF Doc. No. 12] for failure to state a claim, as set forth in the memorandum of law submitted herewith. *See* L.R. 7.1(a)(2).

Wherefore, Attorney General MacDonald respectfully requests that this Honorable Court:

A.   Dismiss the second amended complaint [ECF Doc. No. 12] for failure to state a claim; and

B.   Grant such other relief as deemed just and proper.

1

Respectfully submitted,

Gordon J. MacDonald, individually and in his official capacity as New Hampshire Attorney General

By his attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: March 6, 2020           /s/ Samuel R.V. Garland
                               Samuel R.V. Garland, Bar #266273
                               Attorney
                               New Hampshire Dept. of Justice
                               33 Capitol Street
                               Concord, NH 03301
                               (603) 271-3650
                               samuel.garland@doj.nh.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent to all counsel and pro se parties of record using the Court's CM/ECF system

Dated: March 6, 2020           /s/ Samuel R.V. Garland
                               Samuel R.V. Garland