# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL MARAVELIAS,<br><br>    *Plaintiff,*<br><br>v.<br><br>JUSTICES OF THE SUPREME COURT OF NEW HAMPSHIRE, et al.<br><br>    *Defendants.* | Civil No. 1:19-CV-00487(JL) |

## MOTION FOR EXTENSION OF TIME

NOW COMES Paul Maravelias ("Plaintiff") and respectfully requests a one (1) week extension of time to 3/27/20 to file his Objection to Defendants' 3/6/20 Motions to Dismiss, pursuant to FRCP 6(b)(1)(A) and LR 7.2(a). In further support, Plaintiff states as follows:

1. Plaintiff's Objection to the Defendants' 3/6/20 Motions is due today, 3/20/20.

2. Plaintiff brings this motion not for purpose of delay, but due to strained resources and recent disruption. Plaintiff is *pro se* and works a full-time occupation, having recently experienced travel interruptions due to the COVID-19 pandemic. To wit, Plaintiff exercised an abundance of caution to return to New England on 3/19/20, having previously scheduled said date to devote to the preparation of his forthcoming Objection and Memorandum of Law. *Pro se* Plaintiff is additionally strained in time resources by an approaching 4/13/20 Appellate Brief deadline in the Court of Appeals in a separate case (1st Cir. #19-2244).

3. The one-week extension of time requested to 3/27/20 would not result in the continuance of any hearing, conference, or trial. *See* LR 7.2(a).

    4.    Concurrence was not obtained given the short notice of the necessity of this motion. *See* LR 7.1(c). No separate memorandum of law is required in support of this objection as all relevant legal authority relied upon is cited herein. *See* LR 7.1(a)(2).

WHEREFORE, Plaintiff Paul Maravelias respectfully requests this Honorable Court:

    A.    Grant Plaintiff a one-week extension of time to 3/27/20 to file an Objection and Memorandum in Support to each Defendant's 3/6/20 Motion to Dismiss; and

    B.    Grant any further relief as may be deemed just and proper.

I, Paul Maravelias, declare that all factual stipulations within the foregoing Motion for Extension of Time are true and accurate to the best of my knowledge as of 3/20/2020.

Dated: March 20th, 2020

Respectfully submitted,

PAUL J. MARAVELIAS, *pro se*

/s/ Paul J. Maravelias

**Paul J. Maravelias**
34 Mockingbird Hill Rd
Windham, NH 03087
paul@paulmarv.com
603-475-3305

## **CERTIFICATE OF SERVICE**

I, Paul Maravelias, certify that a timely provided copy of this document is being sent on this date to counsel of record for the Defendants pursuant to the rules of this Court by means of ECF filing.

/s/ Paul J. Maravelias                                         Dated: March 20th, 2020
**Paul J. Maravelias**