# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
*************************************
Paul Maravelias,                     *
                                     *
            Plaintiff,               *
     v.                              *   Civil No. 19-cv-00487-JL
                                     *
Justices of the New Hampshire        *
Supreme Court, et al.                *
                                     *
            Defendants.              *
                                     *
*************************************
```

## DEFENDANTS' JOINT ASSENTED-TO
## MOTION TO EXTEND REPLY DEADLINE

The defendants, through their respective counsel, jointly move, with plaintiff Paul Maravelias's assent, to extend their deadline to reply to Mr. Maravelias's objections to their motions to dismiss until April 10, 2020. In support of this request, the defendants state as follows:

1. On March 6, 2020, the defendants, who are represented by separate counsel from the New Hampshire Attorney General's Office, each moved to dismiss Mr. Maravelias's complaint. ECF Doc. Nos. 19 & 20.

2. Mr. Maravelias filed separate objections to those motions on March 29, 2020. ECF Doc. Nos. 23 & 24.

3. Per Local Rule 7.1(e)(1), the defendants' deadline to reply to those objections is April 6, 2020.

4. The defendants request that the Court extend this deadline until April 10, 2020.

5. The defendants request this extension due to the constraints on time and resources placed on defense counsel due to the COVID-19 pandemic.

6.	Among other things, defense counsel are juggling modified work schedules, a reallocation of resources within the Attorney General's Office, and the assumption of new responsibilities in light of the state of emergency declared by Governor Sununu, which necessitate the brief extension requested in this motion.

7.	Defense counsel have contacted Mr. Maravelias, who assents to the relief requested.

8.	No separate memorandum of law is required in support of this motion, as all relevant legal authority relied upon is cited herein.  LR 7.1(a)(2).

WHEREFORE, the defendants jointly request, with Mr. Maravelias's assent, that this Honorable Court:

A.	Extend their deadline to reply to Mr. Maravelias's objections to their motion to dismiss until April 10, 2020; and

B.	Grant any such further relief as the Court deems just and proper.

Respectfully submitted,

**GORDON J. MACDONALD,**
**ATTORNEY GENERAL**

By his attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: April 6, 2020

/s/ Samuel R.V. Garland
Samuel R.V. Garland, Bar #266273
Attorney
New Hampshire Attorney General's Office
33 Capitol Street
Concord, NH 03301
(603) 271-3650
samuel.garland@doj.nh.gov

*and*

**JUSTICES OF THE SUPREME COURT OF NEW HAMPSHIRE**

By their attorney,
GORDON J. MACDONALD
ATTORNEY GENERAL

Date:   April 6, 2020

/s/ Nancy J. Smith
Nancy J. Smith, NH Bar ID # 9085
Senior Assistant Attorney General
New Hampshire Attorney General's Office
33 Capitol Street
Concord, NH 03301
Phone: (603) 271-3650
nancy.smith@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on April 6, 2020 to all counsel and pro se parties of record.

/s/ Samuel R.V. Garland
Samuel R.V. Garland