UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Paul Maravelias</u>

    v.                              Civil No. 19-cv-487-JL

<u>NH Supreme Court, et al.</u>

**ORDER OF RECUSAL**

After reviewing the amended complaint (doc. no. 12), I hereby recuse myself from presiding over this case and request it be reassigned to another judge.

    **SO ORDERED.**

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Dated:    June 3, 2020

cc:  Paul Maravelias, pro se
     Nancy J. Smith, Esq.
     Samuel R.V. Garland, Esq.