UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL MARAVELIAS, <br><br> *Plaintiff,* <br><br> v. <br><br> JUSTICES OF THE SUPREME COURT OF NEW HAMPSHIRE, et al. <br><br> *Defendants*. | Civil No. 1:19-CV-487-SM |

PLAINTIFF'S NOTICE OF INTENT TO FILE
MOTION FOR RECUSAL OF JUDGE MCAULIFFE
PURSUANT TO 28 U.S.C. § 455

Paul Maravelias ("Plaintiff") hereby notices his intent to file a motion seeking the recusal of Judge McAuliffe on or before 6/15/20 and, in further support, states as follows.

1. Judge McAuliffe was assigned to this case on 6/3/20.

2. Today, the Court cancelled the previously scheduled 6/12/20 Hearing on the Defendants' pending motion to dismiss and Plaintiff's objection thereto. (ECF Doc #28)

3. There are valid grounds for the disqualification of Judge McAuliffe to be explained in Plaintiff's forthcoming motion for recusal.

4. Plaintiff shall file the said motion on or before 6/15/20, the Monday following Saturday 6/13/20 which is ten days from the reassignment of Judge McAuliffe to this case.

5. Plaintiff offers the instant notice respectfully requesting that the Court refrain from ruling upon the pending motion to dismiss until the matter of recusal is resolved.

2

| | |
|---|---|
| Dated: June 5th, 2020 | Respectfully submitted, |
| | PAUL J. MARAVELIAS, |
| | *pro se* |
| | /s/ Paul J. Maravelias |
| | **Paul J. Maravelias**<br>34 Mockingbird Hill Rd<br>Windham, NH 03087<br>paul@paulmarv.com<br>603-475-3305 |

## CERTIFICATE OF SERVICE

I, Paul Maravelias, certify that a timely provided copy of this document is being sent on this date to counsel of record for the Defendants pursuant to the rules of this Court by means of ECF filing.

/s/ Paul J. Maravelias                                    Dated: June 5th, 2020
**Paul J. Maravelias**