UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Paul Maravelias</u>

    v.

                                Case No. 19-cv-487-SM

<u>Justices of the N.H. Supreme Court</u>
<u>And Gordon J. MacDonald, Attorney</u>
<u>General of New Hampshire</u>

<u>JUDGMENT</u>

    Judgment is hereby entered in accordance with the Order by District Judge Steven J. McAuliffe dated August 13, 2020.

    The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                              By the Court:

                                              _____
                                              Daniel J. Lynch
                                              Clerk of Court

Date: August 13, 2020

cc:  Paul Maravelias, pro se
     Nancy J. Smith, Esq.
     Samuel R. V. Garland, Esq.